Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:   707-526-4250
Facsimile:    707-526-0347
Email: bfreeman@sennefflaw.com

Attorneys for Defendants Mazen Awad, Karen Stiny, David House and Roberto Ardon

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WILLIAM DAVIS, | No. CV 09 5798 CW (PR) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| SONOMA COUNTY SHERIFF'S DEPARTMENT, Assistant Sheriff LINDA SAVOY, LT. M. AWAD, KAREN STINY, Sgt. PEDERSON, Lt. HOUSE, Officer ARDON, and NED LABAE, et al. | |
| Defendants. | |

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this entire action, with no admission of liability by any defendant herein; each party to bear its own fees and costs.

SO STIPULATED.

DATED:  7-28-11                    _Scott Davis_____
                                    Plaintiff Scott William Davis, In Pro Per

//

//

//

1 | DATED: 7/28/11                     SENNEFF FREEMAN & BLUESTONE, LLP

By: _____
    Bonnie A. Freeman
    Attorneys for Defendants Mazen Awad,
    Karen Stiny, David House and Roberto Ardon



IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO. CV 09-5798 CW (PR):   Stipulation for Dismissal with Prejudice                2

SENNEFF
FREEMAN
BLUESTONE

**PROOF OF SERVICE**

      I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On July 28, 2011, I served the following document(s):

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below and addressed to:

**Plaintiff In Pro Per:**
Scott W. Davis
370 Wilson Lane
Windsor, CA 95492

**XX**    **BY U.S. MAIL:** I caused such envelope to be deposited in the mail aby placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. The name and address of each person/firm to whom I mailed the documents is listed above.

___    **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated above.

___    **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated above.

___    **BY FACSIMILE:** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

___    **VIA E-MAIL:** I transmitted electronically the listed documents(s) to the e-mail address(es) set forth on the attached list.

___    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX**    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date set forth above at Santa Rosa, California.

                                                       _____
                                                         Tracy Kecskemeti

**PROOF OF SERVICE**